```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF GEORGIA
              ATHENS DIVISION
```

```
JACQUELINE M. THOMAS,           *
      Plaintiff,                *
vs.                             *
                                    CASE NO. 3:18-cv-103 (CDL)
CLARKE COUNTY BOARD OF          *
EDUCATION,
                                *
      Defendant.
                                *
```

O R D E R

Plaintiff alleges that her former employer discriminated against her because of her race and age, in violation of federal law. On the Defendant "Name" line in the form Complaint, she put "Clarke County Board of Education," and on the Defendant "Job or Title" line, she put "Superintendent, Dr. Means." Compl., ECF No. 1. Defendant filed a motion to dismiss, contending that Plaintiff did not name the correct entity as a Defendant in her Complaint. Plaintiff shall be permitted to amend her Complaint to name the correct Defendant. The amended complaint is due by November 26, 2018. The Court denies Defendant's Motion to Dismiss (ECF No. 8) at this time. Defendant may renew the motion if Plaintiff does not cure the deficiency in her Complaint.

IT IS SO ORDERED, this 1st day of November, 2018.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA